**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6960**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONTRAVIS DOMINIQUE SMITH, a/k/a Dominique,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:19-cr-00271-KDB-DCK-1)

_____

Submitted:  June 18, 2026                                Decided:  June 24, 2026

_____

Before GREGORY and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dontravis Dominique Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontravis Dominique Smith appeals the district court's order denying Smith's motions for sentence reduction under the First Step Act and for compassionate release. Upon review, we conclude that the district court did not abuse its discretion in denying Smith's motions. *See United States v. Bethea*, 54 F.4th 826, 831 (4th Cir. 2022) (stating standard of review for motion for compassionate release); *United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard of review for motion for sentence reduction under 18 U.S.C. § 3582(c)). Accordingly, we affirm the district court's order. *United States v. Smith*, No. 3:19-cr-00271-KDB-DCK-1 (W.D.N.C. Aug. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*